STATE OF MICHIGAN
IN THE UNITED STATED DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

04 JAN 20 PM 4: 29

TIMOTHY J. RYAN and
CHRISTINE A. RYAN,

        Plaintiffs,

CASE NO. 1:03CV0439

HON. David W. McKeague

v

ADELE MCGINN-LOOMIS and MARY BENEDICT,

        Defendants.

## PLAINTIFFS' MOTION TO COMPEL THE DEPOSITIONS OF JUDGE PATRICIA GARDNER, BARBARA INGRAM AND BEVERLY FOUNTAIN

Plaintiffs respectfully move this Court to compel the depositions of non-parties, the Honorable Patricia Gardner, Barbara Ingram, and Beverly Fountain.

In accordance with local Civil Rule 7.1(d), Plaintiffs have attempted to obtain the concurrence for the relief sought in this motion from Thomas Koernke, counsel for the non-party witnesses, and such concurrence was not provided.

This motion is supported by the accompanying brief.

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
Attorneys for Plaintiffs

Dated: January 26, 2004

By _____
James S. Brady (P-11110)
Richard E. Hillary, II (P56092)

Business Address:
250 Monroe Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, Michigan 49501-0306
Telephone: (616) 831-1700

804903   79411-001   1/20/04