3

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF KENT

Claire Evelyn Ryan,
Plaintiff,

vs.

Timothy J. & Chris Ryan,
Defendant.
_____/

Case No. 01-09528-DZ

Hon. Patricia D. Gardner

AFFIDAVIT

Mary L. Benedict (P45285)
Attorney for Plaintiff
4519 Cascade Road SE
Grand Rapids, MI 49546
(616) 942-0020
_____/

STATE OF MICHIGAN  }
                   } ss.
COUNTY OF KENT     }

Adelle McGinn-Loomis being sworn, says:

1. That my son is a close friend of Claire Ryan.

2. That I have had the opportunity to be in Claire's presence on several occasions.

3. That I have found Claire to be respectful and pleasant.

4. That Claire has been a good influence on those around her.

5. That over this past summer I saw the relationship between Claire and her parents deteriorate.

6. That at the end of ~~August~~ Sept. wrl Claire moved out of her parents home after reportedly being told to leave.

7. That Claire stayed with a family friend for a short time.

8. That Claire's parents informed her that they were revoking her school tuition and transferring her to Creston High School.

9. That Claire came to my house when family influence forced her to vacate the friend's house.

10. That on Monday, September 17, 2001 when Claire's parents found out she was at my house, they reported her as a runaway.

11. That after much discussion with the Grand Rapids Police Department Claire and her father decided that Claire would stay at the Bridge or with a family Friend.

12. That Claire went to the Bridge and then went to stay with the family friend.

13. That on Tuesday, September 18, 2001 Claire was removed from school allegedly.

14. That Claire called my house two times that evening with the last call at 1:19 am on Wednesday, September 19, 2001.

15. That Claire told me that her parents were sending her to a boarding school.

16. That Claire told me she was at the Comfort Inn at Belleville, MI and begged me to come get her.

17. That Claire told me that she did not want to go to where her parents were sending her.

18. That the phone went dead mid-conversation during both phone calls.

19. That on Wednesday, September 19, 2001 a friend came to pick up Claire's purse and a pair of shoes. The rest of her clothes remain at my house.

20. That I am very concerned about Claire's welfare and safety should she be sent to a boarding or military type school.

21. That to my knowledge Claire has never been in any legal trouble, nor has she been a problem at school.

22. That this affidavit is consistent with the information provided verbally to the Honorable Patricia D. Gardner.

Dated: September 20, 2001

_Adele McGinn-Loomis_
Adele McGinn-Loomis

Subscribed and sworn to before me on September 20, 2001.

_R. Benedict_
Notary Public
Ionia County acting in Kent County, Michigan
My commission expires: 12/15/01