4

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF KENT

Claire Evelyn Ryan,
    Plaintiff,

vs.

Timothy J. & Chris Ryan,
    Defendant.
_____/

Case No. 01-09528 -DZ

Hon.

EX PARTE ORDER RE: RETURN
OF PLAINTIFF TO GRAND RAPIDS, MI

Mary L. Benedict (P45285)
Attorney for Plaintiff
4519 Cascade Road SE
Grand Rapids, MI 49546
(616) 942-0020
_____/

At a session of said Court, held in the Circuit
Courtroom in the City of Grand Rapids,
Kent County, Michigan, on
_____.

PRESENT: Honorable Patricia D. Gardner, Circuit Court Judge.

This Court has read and considered Plaintiff's verified motion and affidavit, now therefore,

IT IS ORDERED:

## RETURN OF PLAINTIFF

1. The Detroit Metro police department, or any other police department having proper jurisdiction, is authorized to detain the Plaintiff and return her to Grand Rapids, MI immediately.

2. That the minor child shall be placed at the Bridge in Grand Rapids, MI for a period of 2 weeks and pending a hearing before the Honorable Circuit Court.

3. That the Honorable Circuit Court will immediately schedule a hearing regarding the Plaintiff's complaint.

_____ 9/19/01
Patricia D. Gardner
Circuit Court Judge

Examined, Countersigned
and Entered by me:

ATTEST: A True Copy:

_____
Deputy Clerk

_____
Deputy Clerk

ENTERED JOURNAL NO. 1604 PAGE 199