5

Circuit Court For the County of Kent

```
DKT #:  01-09528-DZ
```

Ryan                                          Filed: 09/20/01
    vs.                                       Term : **/**/**
                                              Trial: No
Ryan
                                              Judge Gardner

|                 PARTIES                |     |          ATTORNEYS          |
| -------------------------------------- | --- | --------------------------- |
| Ryan, Claire Evelyn (plaintiff)        |     | Benedict, Mary L.           |
|     vs.                                |     |                             |
| Ryan, Timothy J. (civil defendant)     |     | Saxe, Thomas L.             |
| Ryan, Chris (civil defendant)          |     | Saxe, Thomas L.             |

| DATE     | JRNL | PAGE | PROCEEDING |
| -------- | ---- | ---- | ---------- |
| 09/19/01 | 1604 | 199  | Exparte Order RE: Return of Plaintiff to Grand Rapids, MI filed. |
| 09/20/01 |      | 0    | Complaint for return and divorce from parents & notice to clerk filed.  (2) |
| 9/20/01  |      | 0    | Summons issued. filing deadline set for 12/20/01 for Chris Ryan, for Timothy J. Ryan |
| 09/25/01 |      | 0    | Appearance & Answer to Complaint for Return and Divorce Fr Parents and Defendants' Response to Motion for Ex Parte Order Returning Plaintiff to Grand Rapids, Michigan and Temporary Restraining Order filed. by Thomas L. Saxe on behalf of Chris Ryan, on behalf of Timothy J. Ryan |
| 09/25/01 |      | 0    | Motion for Ex Parte Order to Rescind This Court's Ex Parte Order Dated September 19, 2001, and Request for Attorney Fees, Costs and Sanctions and Brief in Support filed. |
| 09/25/01 |      | 0    | Proof of Service filed.  (appearance, answer to complaint, response to motion for ex parte order, motion for ex parte order, affidavit of Timothy J. Ryan and brief in support a: porposed order) |
| 9/28/01  |      | 0    | Motion for amended ex parte order returning plaintiff to Grand Rapids, MI filed. mt fee pd. |
| 9/28/01  |      | 0    | Motion for appointment of attorney/guardian ad litem, for release of records and for temporary placement, notice of hearing & proof of service filed. mt fee pd. ( set for 10/8/01 @ 9 a.m. ) |
| 9/28/01  |      | 0    | Affidavit filed by Adele McGinn-Loomis |

Docket as of 10/08/01 at 15:07

Circuit Court For the County of Kent

DKT #:  01-09528-DZ

Ryan

vs.

Ryan

Filed: 09/20/01
Term : \*\*/\*\*/\*\*
Trial: No

Judge Gardner

| DATE | JRNL | PAGE | PROCEEDING |
|------|------|------|------------|
| 09/28/01 | 0 | | Summons returned & filed. Service date 9/24/01 on Timothy Ryan and Chris Ryan |
| 10/01/01 | 0 | | Amended Complaint for Declaration of Rights, Emancipation, et al and proof of service filed. (5 pgs) |
| 10/03/01 | 0 | | Defendants' Answer to Plaintiff's Motion for Appointment of Attorney/Guardian Ad Litem, for Release of Records and For Temporary Placement, Brief in Response, Notice of Hearing (set for 10/8/01 9:00) and proof of service filed. |
| 10/04/01 | 0 | | Answer to Defendant's Motion for Ex Parte Order to Rescind Order, Plaintiff's Brief in Opposition to Defendant's Moti to Dismiss and proof of service filed. |

Docket as of 10/08/01 at 15:07

State of Michigan

County of Kent

I, Mary Hollinrake
Clerk of the Circuit Court of said
County do hereby certify that
this is a true copy of the original
document of record now on file
in the office of the Clerk of said
County and Court.

IN TESTIMONY WHEREOF, I have hereunto set my hand and
seal at the City of Grand Rapids, in said County,
8th day of ___Oct___ AD 2001
MARY HOLLINRAKE, COUNTY CLERK

by ___Karen F. Westerlund___

DEPUTY COUNTY CLERK