8

# MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.

### Attorneys and Counselors

J. LEE MURPHY
BOYD A. HENDERSON
JOHN W. McNEIL
JON G. MARCH
CRAIG A. MILLER
JAMES S. BRADY
PETER J. KOK
W. JACK KEISER
JON R. MUTH
BERT J. FORTUNA, JR.
ROBERT D. BROWER
MICHAEL A. SNAPPER
J. MICHAEL SMITH
RONALD E. RODEN
BRENT D. RECTOR
ROBERT W. SCOTT
JAMES C. BRUINSMA
CRAIG A. MUTCH
THOMAS P. SARB
JEFFREY S AMMON
CAROL J. KARR
CLIFFORD G. MAINE

THOMAS R. WURST
ROBERT B. BETTENDORF
DAVID J. GASS
J. SCOTT TIMMER
WILLIAM H. FALLON
ROBERT J. CHRISTIANS
CRAIG H. LUBBEN
MICHAEL J. TAYLOR
DUSTIN P ORDWAY
CYNTHIA P. ORTEGA
MARK E. RIZIK
JOHN T. PIGGINS
ALAN C. SCHWARTZ
JEFFREY B. LAWSON
CATHERINE C. METZLER
ROBERT R. STEAD
ELIZABETH M. McINTYRE
DANIEL P. PERK
MARY V. BAUMAN
KENNETH G. HOFMAN
JACK C. CLARY
TIMOTHY J. RYAN

STEPHEN R. RYAN
SUSAN B. HOEKEMA
FRANK E. BERRODIN
JEFFREY G. YORK
LAURETTA K. MURPHY
PETER H. PETERSON
DAVID M. BUDAY
JAMES R. PETERSON
KAREN J. CUSTER
MATTHEW L. VICARI
GARY A. CHAMBERLIN
JOHN M. SOMMERDYKE
BARRY C. KANE
JULIE A. SULLIVAN
JOHN F. KORYTO
FRANK M. SCUTCH III
—
CHARLES E. SCHOLL
CAROLINE M. DELLENBUSCH
ELIZABETH WELCH LYKINS
SUSAN GRACE DAVIS
MARK P. HUNTING

JENNIFER L. JORDAN
D. ANDREW PORTINGA
JOHN M. NOVAK
PATRICK J. SULLIVAN
RICHARD E. HILLARY II
DWIGHT K. HAMILTON
TANIA E. FULLER
NATHAN D. PLANTINGA
SARAH K. WILLEY
SUSAN H. SHERMAN
KRISTEN L. KROGER
MICHAEL E. STROSTER
MELISSA NECKERS
ROBERT W. O'BRIEN
NICHOLAS J. COUTSOS
KURT A. KISSLING
WENDY M. PARR
SALVATORE W. PIRROTTA
ROBERT D. WOLFORD
MARCUS W. CAMPBELL
ROBERT M. DAVIES
CATHERINE A. TRACEY

DAVID R. CLEVELAND
STEVEN J. LAURENT
MARTIN T. SHEPHERD

OF COUNSEL
JAMES A. ENGBERS
RONALD B. STEPHENS
HARRY CONTOS, JR.
—
ROBERT J. MILLER
(1916-1982)
ROBERT A. JOHNSON
(1910-1976)
ARTHUR R. SNELL
(1916-1995)
JOHN W. CUMMISKEY
(1917-2002)
RICHARD F. HOOKER
(1926-1970)

CALDER PLAZA BUILDING
250 MONROE AVENUE NW, SUITE 800
PO BOX 306
GRAND RAPIDS, MICHIGAN 49501-0306

616.831.1700
616.831.1701 fax

KALAMAZOO, MICHIGAN 269.226.2950

www.millerjohnson.com

MERITAS LAW FIRMS WORLDWIDE

December 8, 2003

PERSONAL & CONFIDENTIAL

Honorable Judge Patricia D. Gardner
Kent County Circuit Court
Kent County Courthouse
180 Ottawa Avenue, N.W.
Grand Rapids, MI 49503

Re: Ryans v McGinn-Loomis and Benedict
U.S. District Court Case No. 1:03-CV-0439

Dear Judge Gardner:

I am writing to you in my capacity as attorney for the plaintiffs in the above captioned matter. As you may know, that case is currently pending in the federal district court for the Western District of Michigan and has been assigned to Judge McKeague. Judge McKeague has ordered that by February 1, 2004 the parties must complete discovery on the issue of whether the defendants acted under color of state law in initiating and prosecuting the underlying action. I anticipate that it will be necessary for me to take your deposition on that issue. I expect that I will not need more than two (2) hours, and probably less.

I am requesting that you provide me date(s) on which you would be available for the deposition. I assume that your deposition will take place in our office. However, if you prefer a different location, I will be happy to accommodate you.

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.

Honorable Judge Patricia D. Gardner
December 8, 2003
Page 2

        Thank you for your anticipated cooperation.

            Sincerely,

            MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.

        By        _____
                  James S. Brady

JSB/kar