STATE OF MICHIGAN
IN THE UNITED STATED DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

FILED - GR
04 JAN 27 PM 2:11

RONALD ... SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT MICH

TIMOTHY J. RYAN and
CHRISTINE A. RYAN,

      Plaintiffs,

v

ADELE MCGINN-LOOMIS and MARY
BENEDICT,

      Defendants.

CASE NO. 1:03CV0439

HON. David W. McKeague

## PLAINTIFFS' AMENDMENT TO THEIR MOTION TO COMPEL THE DEPOSITIONS OF JUDGE PATRICIA GARDNER, BARBARA INGRAM AND BEVERLY FOUNTAIN TO INCLUDE JUDGE PATRICK HILLARY

On January 23, 2004, the attorney for Judge Gardner and her staff sent the letter attached as **Exhibit 1** to plaintiffs' counsel stating that he also represents Judge Patrick Hillary, who apparently also spoke to both defendants during the evening hours of September 19, 2001. In this letter, Judge Hillary's attorney states that Judge Hillary is taking the same position as Judge Gardner and her staff with respect to a deposition subpoena issued to him. Accordingly, plaintiffs amend their pending motion to compel to include a request that this Court also enter an Order compelling Judge Hillary to submit to deposition. The relief sought in this amendment is supported by plaintiffs' brief in support of their motion to compel the depositions of Judge Gardner and her staff, except that it is undisputed that Judge Hillary has never presided over any proceeding involving plaintiffs.

Dated: January 27, 2004

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
Attorneys for Plaintiffs

By /s/ James S. Brady
James S. Brady (P11110)
Richard E. Hillary, II (P56092)
Business Address:
250 Monroe, N.W., Suite 800, P.O. Box 306
Grand Rapids, MI 49501-0306
Telephone: (616) 831-1700