# 4

Case 1:03-cv-00439-DWM   ECF No. 72-5 filed 01/29/04   PageID.740   Page 1 of 2

i-Page™          Adele McGinn-Loomis - 1/15/04

```
 1    that confirmation from Mary Benedict that she had a
 2    conversation with Judge Hillary, you didn't have any
 3    idea that she wanted to or intended to call Judge
 4    Hillary?
 5 A  I don't -- no, no. I don't think Judge Hillary was
 6    ever mentioned.
 7 Q  So the names that you gave me --
 8 A  That was just something I knew who they were.
 9 Q  Hillary, Haynes, and Meg Ryan (sic.) gave you the name
10    of Judge Jeanine LaVille?
11 A  Right.
12 Q  But you never --
13 A  I know who those people -- those were phone numbers I
14    could find in the phone book. That's how I picked
15    numbers.
16 Q  And you did not talk about those three with Ms.
17    Benedict?
18 A  No, I did not.
19 Q  And in one of the conversations -- not the first
20    conversations, principally I think because you said you
21    had the wrong number on Judge Haynes, that led you to
22    call Judge Gardner's court reporter, Barb Ingram, who
23    you knew from work?
24 A  Correct.
25 Q  Now, that night, the 19th, from your home did you talk
```
Page 113

```
 1    to Judge Gardner?
 2 A  Yes.
 3 Q  You did?
 4 A  For about thirty seconds or less.
 5 Q  How did that happen?
 6 A  Judge Gardner called me.
 7 Q  You were at your home?
 8 A  Pardon me?
 9 Q  You were at your home?
10 A  Yes.
11 Q  Was this after you had had your telephone conversation
12    with Barb --
13 A  Ingram.
14 Q  Yes. It was after that?
15 A  I did not speak to Barb Ingram.
16 Q  Did you leave her a voice mail message?
17 A  No. I talked to her daughter.
18 Q  And did you leave a detailed message with the daughter?
19 A  No.
20 Q  What did you tell the daughter?
21 A  I believe I told the daughter -- I believe I told the
22    daughter that I was looking to get Judge Gardner's
23    number to pass on to Mary Benedict, and that if Barb
24    had any questions, to call me back, and I gave her my
25    home number.
```
Page 114