UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR

04 JAN 29 AM 11:44

U.S. DISTRICT COURT
WESTERN DISTRICT MICH

TIMOTHY J. RYAN and,
CHRISTINE A. RYAN,

      Plaintiffs,

vs.

ADEL McGINN-LOOMIS and
MARY BENEDICT,

      Defendants.

Case No. 1:03-cv-439

Hon. David W. McKeague

## SUPPLEMENT TO PLAINTIFFS' MOTION TO COMPEL THE DEPOSITIONS OF JUDGE PATRICIA GARDNER, BARB INGRAM, BEVERLY FOUNTAIN, AND JUDGE PATRICK HILLARY

Plaintiffs have filed a motion to compel the depositions of Judge Patricia Gardner, Barb Ingram and Beverly Fountain. Plaintiffs subsequently amended their motion to request that this Court also compel Judge Patrick Hillary to submit to deposition. Judge Patrick Hillary has taken the same position with respect to his deposition as Judge Gardner and her staff.

Plaintiffs' motion to compel is scheduled to be heard by the Honorable Joseph G. Scoville on Friday, January 30, 2004, at 10:00 a.m.

At the time that plaintiffs filed their motion, the deposition transcript of defendant Adele-McGinn Loomis was not completed, and the deposition of defendant Mary Benedict had not yet been taken. The depositions of both defendants have since been taken, and the transcript of each deposition is now completed.

Attached to this supplement as **Exhibit 1** are the pages from defendant McGinn-Loomis' deposition transcript that reference her contacts with the proposed deponents.

Attached to this supplement as **Exhibit 2** are the pages from defendant Benedict's deposition transcript that reference her contacts with the proposed deponents.

                                          MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.
                                          Attorneys for Plaintiffs

Dated: January 29, 2004        By _____
                                          James S. Brady (P11110)
                                          Richard E. Hillary, II (P56092)

Business Address:
250 Monroe Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, Michigan 49501-0306
Telephone: (616) 831-1700

2