UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY J. RYAN, et al., | ) |
| Plaintiffs, | ) Case No. 1:03-cv-439 |
| v. | ) Honorable David W. McKeague |
| ADELE McGINN-LOOMIS, et al., | ) |
| | ) **ORDER** |
| Defendants. | ) |

The parties have informed the court that a motion for reconsideration has been filed in the Michigan Supreme Court in the case of *Ryan v. Ryan*, case no. 240695 (Mich. Ct. App). Because of the close interconnection of that case with the pending civil rights action, the court determines that discovery and motion practice in this matter should be stayed pending final resolution of the state-court action, if feasible. Accordingly, all dates and deadlines previously established in this matter are VACATED. The court will conduct another telephone status conference with counsel on **Mon., April 26, 2004, at 3:00 p.m.**, unless any party requests an earlier conference.

In addition, the court will conduct a telephone conference with counsel on **Thur., February 26, 2004, at 3:00 p.m.**, to discuss referral of this matter to voluntary facilitative mediation.

  DONE AND ORDERED this 20th day of February, 2004.

          /s/  Joseph G. Scoville
          United States Magistrate Judge