IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY J. RYAN and
CHRISTINE A. RYAN,

  Plaintiffs,

v.

ADELE MCGINN-LOOMIS and
MARY BENEDICT,

  Defendants.
_____/

Case No. 1:03-CV-439

Hon. David W. McKeague

James S. Brady (P11110)
Richard E. Hillary II (P56092)
Miller, Johnson, Snell & Cummiskey, PLC
Attorneys for Timothy Ryan and Christine Ryan
250 Monroe Avenue, N.W., Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700

Judy E. Bregman (P32252)
Bregman & Welch
Attorney for Adele McGinn-Loomis
212 Washington Avenue
P.O. Box 885
Grand Haven, MI 49417
(616) 846-3145

Theresa M. Asoklis (P42709)
Collins, Einhorn, Farrell & Ulanoff, P.C.
4000 Town Center, Suite 909
Southfield, MI 48075
(248) 355-4141
_____/

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## AND WITHOUT COSTS AND ATTORNEY'S FEES

The parties, through their respective attorneys, stipulate and agree to entry of an Order dismissing Plaintiffs' Complaint as amended, in its entirety, with full prejudice, with each party to bear its own costs, expenses and attorney's fees. No party shall be considered to be a prevailing party for purposes of 42 USC § 1988 or otherwise.

IT IS SO STIPULATED AND AGREED.

MILLER, JOHNSON, SNELL & CUMMISKEY, PLC
Attorneys for Timothy Ryan and Christine Ryan

Dated: 9/27/04

James S. Brady (P11110)
250 Monroe Avenue, N.W., Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700

BREGMAN & WELCH
Attorney for Adele McGinn-Loomis

Dated: 10/8/04

Judy E. Bregman (P32252)
212 Washington Avenue
P.O. Box 885
Grand Haven, MI 49417
(616) 846-3145

COLLINS, EINHORN, FARRELL & ULANOFF, P.C.
Attorney for Mary Benedict

Dated: _____

Theresa M. Asoklis (P42709)
4000 Town Center, Suite 909
Southfield, MI 48075
(248) 355-4141

## **ORDER**

IT IS SO ORDERED.

Dated: _____          _____
                                                                    Hon. David W. McKeague
                                                                    District Judge

1038110_1.DOC